FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 27 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 19-1820 MV |
| Plaintiff, | |
| vs. | Counts 1 and 2: 18 U.S.C. § 1014: False Statement on a Loan or Credit Application |
| **CHRISTOPHER DEON DELGADO**, | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about November 15, 2018, in Bernalillo County, in the District of New Mexico and elsewhere, the defendant, **CHRISTOPHER DEON DELGADO**, did knowingly make a false statement on a consumer credit application for the purpose of influencing the actions of First Financial Credit Union, an institution whose accounts are insured by the National Credit Union Administration.

In violation of 18 U.S.C. § 1014.

### Count 2

On or about December 13, 2018, in Bernalillo County, in the District of New Mexico and elsewhere, the defendant, **CHRISTOPHER DEON DELGADO**, did knowingly make a false statement on a consumer credit application for the purpose of influencing the actions of Rio Grande Credit Union, an institution whose accounts are insured by the National Credit Union Administration

In violation of 18 U.S.C. § 1014.

A TRUE BILL:

_____/s/_____

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

_____ 6/21/2019 10:53 AM