# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 19-1820 MV | UNITED STATES vs. DELGADO | |
| Hearing Date: | 7/11/2019 | Time In and Out: | 10:25 am- 10:31 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Christopher Delgado | Defendant's Counsel: | Hans Erickson for this hearing only |
| AUSA | James Tiereny | Pretrial/Probation: | D. Marruffo |
| Interpreter: | | | |

## Initial Appearance

- ☐ Defendant sworn
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☐ Government moves to detain    ☒ Government does not recommend detention
- ☒ Set for Arraignment    on July 12, 2019    @ 9:30 am

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause    ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives detention hearing
- ☐ Defendant
- ☒ Conditions of release imposed

## Other

- ☐ Matter referred to    for final revocation hearing
- ☐