AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) Case No. 19-CR-1820 MV |
| Christopher Deon Delgado | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Christopher Deon Delgado,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

False statement on loan or credit application, in violation of 18 U.S.C. § 1014

Date:   06/27/2019

*Issuing officer's signature*

City and state:   Albuquerque, NM         Mitchell R. Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 7-11-19 / 6/28/19 and the person was arrested on *(date)* 7-11-19
at *(city and state)* Albuquerque, NM.

Date: 7-11-19

*Arresting officer's signature*

Jeff Rosenquist, Special Agent
*Printed name and title*