IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                                      No. CR 19-1820-MV

CHRISTOPHER DELGADO,

        Defendant.

## ORDER CONTINUING TRIAL

This matter having come before the Court on the Motion of counsel for the Defendant, Christopher Delgado, and the Court being fully advised of the circumstances, finds the motion is well taken;

IT IS HEREBY ORDERED THAT Defendant's Motion for a continuance of the Trial set for 9:00a.m. on September 16, 2019 be and hereby is VACATED and RESET until further notice from the Court.

Pursuant to 18 U.S.C. §3163(h)(7)(A), this Court finds that the Defendant's stated need for a continuance, to wit: the need for the parties to complete their pre-trial plea negotiations, thus likely resolving and disposing of this case without the need for a trial, outweighs the best interests of the public and the Defendant in a speedy trial. The time between September 16, 2019 and the date of the new trial setting shall be excluded under the Speedy Trial Act.

                                                          _____
                                                          MARTHA VÁZQUEZ
                                                         U.S. DISTRICT COURT JUDGE