# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Christopher Deon Delgado**          Docket No. 1084 1:19-CR-01820-001MV

Petition for Action on Conditions of Pretrial Release

COMES NOW **Krystle Avrit** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Christopher Deon Delgado** who was placed under pretrial release supervision by the Honorable Kirtan K. Khalsa, United States Magistrate Judge, sitting in the court at **Albuquerque, New Mexico**, on May 6, 2020, with conditions which included the following:

1. (1) – The defendant must not violate federal, state, or local law while on release.

2. (7)(m) – The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defining in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.

3. (7)(r) – The defendant must report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement

4. Order Amending Conditions of Release dated May 19, 2020 – The defendant is allowed to travel within the State of New Mexico for employment related activities, while proceedings in this case remain pending. Regarding business travel, overnight stays outside Bernalillo County are not authorized and Defendant must notify his Pretrial Services Officer upon his completion of any business engagement outside of Bernalillo County.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

This Officer was notified that the defendant had police contact with the Sturgis Police Department on August 9, 2021, and was taken into custody. The defendant failed to notify Pretrial Services of police contact. The Sturgis Police Department is charging the defendant with Possession of Controlled Substance, No Motorcycle Endorsement, Financial Responsibility, Possession of Drug Paraphernalia and Alteration of License Plate, (Case #46CRI21-000672). The defendant did not receive permission from Pretrial Services to leave the State of New Mexico to travel to Sturgis, South Dakota.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

# UNITED STATES DISTRICT COURT
for
# NEW MEXICO

Executed on: **August 10, 2021**

*Krystle Avrit*
_____
**Krystle Avrit**
**United States Probation Officer**
**Place: Albuquerque, New Mexico**