# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Show Cause Hearing

| | | | |
|---|---|---|---|
| Case Number: | 19-CR-1820 MV | UNITED STATES vs. DELGADO | |
| Hearing Date: | 8/31/2021 | Time In and Out: | 1:31 pm – 1:42 pm |
| Courtroom Deputy: | K. Dapson | Courtroom: | Hondo |
| Defendant: | Christopher Deon Delgado | Defendant's Counsel: | Joe M. Romero, Jr. |
| AUSA: | Paul Schied | Pretrial/Probation: | K. Avrit |
| Interpreter: | | Witness: | |

### Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain     ☐ Government does not recommend detention
- ☐ Set for      on      @

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause     ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives Detention Hearing
- ☐

### Custody Status

- ☐ Defendant
- ☒ Conditions of release continued

### Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to      for Final Revocation Hearing
- ☒ Court -advised about the status of the case and "Sisneros issues" ; USA advised that if they want a modification to the conditions need to be addressed with the District Judge