# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

Cristopher Delgado
*Defendant*

Case No. 19-CR-1820-MV

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, __Christopher Delgado__, Defendant, understand that I am scheduled for a __Show Cause Hearing__ hearing on __8/31/2021__.
   *nature of hearing*                    *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 8/31/2021

*Defendant's signature*

*Signature of defendant's attorney*

Joe M. Romero, Jr.
*Printed name of defendant's attorney*

joe@romeroandwinder.com
*Defendant's attorney's e-mail address*