# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                                                                               No. CR 19-1820 MV

**CHRISTOPHER DELGADO,**

    **Defendant.**

## NOTICE OF UNAVAILABILITY OF COUNSEL

Joe M. Romero, Jr., Romero & Winder, PC, counsel for Defendant, gives notice that counsel will be unavailable from September 17, 2021, through and including September 20, 2021, and from September 24, 2021, through and including September 27, 2021. Undersigned counsel respectfully requests that the Court not set hearings during the above time periods as counsel will be out of the office and unavailable.

                                                                 Respectfully submitted,

                                                                 */s/ Joe M. Romero, Jr*_____
                                                                 Romero & Winder, PC
                                                                 *Attorney for Defendant*
                                                                 P.O. Box 25543
                                                               Albuquerque. NM 87125
                                                               505.843.9776
                                                               505.212.0273 (fax)
                                                               joe@romeroandwinder.com

## Certificate of Service

  I hereby certify that, on September 8, 2021, the foregoing pleading was filed electronically pursuant to CM/ECF procedures for the District of New Mexico, which caused the parties and/or their counsel to be served by electronic transmission, as more fully reflected by the Notice of Electronic Filing.

*/s/ Joe M. Romero, Jr.*
Joe M. Romero, Jr.