# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Status Conference

| | | | |
|---|---|---|---|
| Case Number: | 19-1820 MV | UNITED STATES vs. Delgado | |
| Hearing Date: | 10/6/2021 | Time In and Out: | 10:02 AM -10:19 AM |
| Courtroom Deputy: | C. Lopez | Courtroom: | ABQ Zoom |
| Defendant: | Christopher Delgado | Defendant's Counsel: | Joe Romero |
| AUSA: | Paul Schied, Sean Sullivan | Pretrial/Probation: | Kyrstal Avrit |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain      ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause      ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☐ Defendant
- ☐ Conditions

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to ___ for Final Revocation Hearing
- ☒ Due to 14-day covid quarantine of Defendant; IN-PERSON HEARING WILL BE SET ON OR AFTER 10/15